Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 3

| | |
|---|---|
| **OCP S.A.,**<br><br>                          **Plaintiff,**<br><br>        v.<br><br>**UNITED STATES,**<br><br>                          **Defendant.** | **SUMMONS**<br>**Court No. 21-00219** |

**TO:**   The Attorney General and the U.S. International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff OCP S.A. ("OCP") is a foreign producer and exporter of subject merchandise and therefore an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(A), and 28 U.S.C. § 2631(k)(1). OCP is a party to the proceeding and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c), as it participated in the investigations that gave rise to the contested final determination.

   (Name and standing of plaintiff)

2. OCP contests the final determination of the U.S. International Trade Commission ("Commission") in the countervailing duty investigations of phosphate fertilizers from Morocco and Russia, which led to the issuance of a countervailing duty order by the U.S. Department of Commerce ("Commerce"). *See Phosphate Fertilizers from Morocco and Russia*, 86 Fed. Reg. 17,642 (Int'l Trade Comm'n Apr. 5, 2021) ("*Final Determination*"); *see also Phosphate Fertilizers from the Kingdom of Morocco and the Russian Federation: Countervailing Duty Orders*, 86 Fed. Reg. 18,037 (Dep't of Commerce Apr. 7, 2021) ("*CVD Order*").

   (Brief description of contested determination)

3. The Commission's *Final Determination* was issued on March 31, 2021.

   (Date of determination)

Form 3-2

4. The Commission's *Final Determination* was published in the *Federal Register* on April 5, 2021. *See Final Determination*, 86 Fed. Reg. 17,642. Commerce published the *CVD Order* on April 7, 2021. *CVD Order*, 86 Fed. Reg. 18,037.

(If applicable, date of publication in Federal Register of notice of contested determination)

                                      Shara L. Aranoff
                                      James M. Smith
                                      Victor D. Ban
                                      Sooan (Vivian) Choi
                                      **COVINGTON & BURLING LLP**
                                      One CityCenter
                                      850 Tenth Street, N.W.
                                      Washington, D.C. 20001-4956
                                      (202) 662-5997
                                      saranoff@cov.com

                                      *Counsel to OCP S.A.*

_____
Signature of Plaintiff's Attorney

May 6, 2021
     Date

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division 26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20530

Secretary
**U.S. International Trade Commission**
500 E Street, S.W.
Washington, DC 20436