## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| OCP S.A., | ) |
|       Plaintiff, | ) |
|       v. | ) Court No. 21-00219 |
| UNITED STATES, | ) |
|       Defendant. | ) |

### **ORDER**

Upon consideration of the Consent Motion To Intervene As A Matter Of Right filed by the J. R. Simplot Company, and upon consideration of other papers and proceedings herein, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the J. R. Simplot Company is a party to this action as defendant-intervenor.

                                                                                                                                       _____

                                                                       Judge Stephen Alexander Vaden
                                                                       U.S. Court of International Trade

Dated: _____

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

|  |  |
|---|---|
| OCP S.A., ) <br> ) <br>       Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> UNITED STATES, ) <br> ) <br>       Defendant. ) <br> ) | Court No. 21-00219 |

**CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT**

1. Pursuant to 28 U.S.C. § 2631(j)(1)(B) and Rule 24(a) of the Rules of this Court, the J. R. Simplot Company ("Proposed Intervenor") moves to intervene in this action as a matter of right.

2. Plaintiff contests portions of the affirmative final injury determination of the U.S. International Trade Commission ("Commission") in the countervailing duty investigations of phosphate fertilizers from the Kingdom of Morocco and the Russian Federation. *See Phosphate Fertilizers from Morocco and Russia*, 86 Fed. Reg. 17,642 (Int'l Trade Comm'n Apr. 5, 2021). The public version of the Commission's affirmative determination is contained in *Phosphate Fertilizers From Morocco and Russia*, Inv. Nos. 701-TA-650-651 (Final), USITC Pub. 5172 (Mar. 2021).

3. Proposed Intervenor may intervene as a matter of right in this action. Pursuant to 28 U.S.C. § 2631(j)(1)(B), an interested party who was a party to the proceeding below may intervene as a matter of right in a civil action under Section 516A of the Tariff Act of 1930 (19 U.S.C. § 1516a). Proposed Intervenor is a domestic producer of phosphate fertilizers, was a

party to the investigation giving rise to this appeal, and has a direct interest in this litigation. Proposed Intervenor is an "interested party" within the meaning of 19 U.S.C. §§ 1677(9)(C) and 1516a(f)(3) as well as 28 U.S.C. § 2631(k)(1). Proposed Intervenor participated in the proceeding below and has standing, therefore, to intervene pursuant to 19 U.S.C. § 1516a(d), 28 U.S.C. § 2631(j)(1)(B), and Rule 24(a) of the Rules of this Court.

4.     Intervention is sought on the side of defendant, the United States, with respect to those aspects of the Commission's final determination that are contested by plaintiff. Pursuant to Rule 24(c) of the Rules of this Court, Proposed Intervenor states its standing in paragraph 3 above.

5.     This motion is timely. Plaintiff filed and served its complaint on June 4, 2021. This motion is being made within thirty days after the date of service of plaintiff's complaint and is therefore timely under Rule 24(a).

6.     Pursuant to Rule 7(b), (f) and Rule 24(c) of the Rules of this Court, counsel for Proposed Intervenor has consulted with counsel for the other parties in the above-captioned proceeding regarding this motion, and all parties have given their consent. On June 23, 2021, Courtney McNamara of the Commission, counsel for defendant, consented to this motion by email. On June 28, 2021, Shara Aranoff of Covington & Burling LLP, counsel for plaintiff, and Patrick McLain of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendant-intervenor The Mosaic Company, consented to this motion by email. On June 29, 2021, Deen Kaplan, counsel for plaintiff-intervenor PhosAgro PJSC, and Melissa Brewer, counsel for proposed plaintiff-intervenor International Raw Materials Ltd., consented to this motion by email.

- 3 -

7.      For the foregoing reasons, Proposed Intervenor respectfully requests that the Court grant this motion to intervene.

Respectfully submitted,

*/s/ Daniel L. Schneiderman*
Daniel L. Schneiderman
DSchneiderman@KSLAW.com

KING & SPALDING LLP 1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

Counsel For Proposed Intervenor

June 29, 2021