UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OCP S.A., *Plaintiff*, EUROCHEM NORTH AMERICA CORPORATION, *Consolidated Plaintiff*, and PHOSAGRO PJSC, INTERNATIONAL RAW MATERIALS LTD., and KOCH FERTILIZERS LLC, *Plaintiff Intervenors*, v. UNITED STATES, *Defendant*, and THE MOSAIC COMPANY and J.R. SIMPLOT COMPANY, *Defendant Intervenors*. | Before: Stephen Alexander Vaden, Judge<br><br>Consol. Court No. 21-00219 |

## ORDER

The American Soybean Association, National Corn Growers Association, National Cotton Council of America, National Sorghum Producers, and Agricultural Retailers Association have moved for Leave to File an *Amicus Curiae* Brief in Support of Plaintiffs. ECF No. 74. The Government and Defendant-Intervenors J.R. Simplot

Company and The Mosaic Company have filed responses in opposition. ECF Nos. 80, 82-83. Their arguments can be grouped into two general arguments in the alternative: Either the proposed amici merely parrot the arguments of the Plaintiffs and therefore the proposed brief is repetitive, or the proposed amici lack access to the necessary confidential business information that is part of the record and their arguments are misinformed or otherwise improper for the Court's consideration. *See, e.g.*, Defendant-Intervenor's Response Brief in Opposition at 3-5, ECF No. 82; Defendant's Response Brief in Opposition at 4-6, ECF. No. 80.

Although there is a plethora of Plaintiffs in this action, those corporate Plaintiffs represent exporters or importers of fertilizer. Proposed amici represent the actual users of that fertilizer, the farmers, *i.e.*, those who will ultimately pay the price of the tariffs imposed. To suggest that the interests of a farmer who tills a couple thousand acres of farmland are in all respects represented by multinational corporations is to ignore economies of scale. The Court finds it useful to consider amici's arguments and citations to record evidence as it weighs the arguments of the corporations currently litigating before it. Because this Court is limited in its review to matters found within the administrative record, any reference to non-record evidence or arguments will be ignored. Under these premises, it hereby:

**ORDERED** that Motion be, and hereby is, **GRANTED**; it is further

**ORDERED** that the *amici curiae* brief submitted conditionally by the moving parties is **ACCEPTED** for filing; and it is further

**ORDERED** that the moving parties may appear jointly as *amici curiae*.

The Government and Defendant-Intervenors may respond to any and all arguments made by amici in their response briefs due on January 27, 2022, and February 10, 2022, respectively.

/s/     Stephen Alexander Vaden
Judge

Dated: November 22, 2021
New York, New York