## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OCP S.A.,<br>   Plaintiff,<br><br>EUROCHEM NORTH AMERICA CORPORATION,<br>   Consolidated Plaintiff,<br><br>and<br><br>PHOSAGRO PJSC, INTERNATIONAL RAW MATERIALS LTD., and KOCH FERTILIZER, LLC,<br>   Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br>   Defendant,<br><br>and<br><br>THE MOSAIC COMPANY and J. R. SIMPLOT COMPANY,<br>   Defendant-Intervenors. | Consol. Court No. 21-00219 |

### NOTICE OF WITHDRAWAL OF ATTORNEY VICTOR D. BAN

Please take notice that Victor D. Ban should be removed as attorney of record in the above referenced case. Mr. Ban will soon resign from Covington & Burling LLP and will no longer participate in this matter. Plaintiff OCP S.A., will continue to be represented by Shara L. Aranoff, James M. Smith, Sooan (Vivian) Choi, Kwan Woo Kim, and Caroline L. Garth of Covington & Burling LLP.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Victor D. Ban* |
|  | Victor D. Ban |
| Dated: December 1, 2022 | **COVINGTON & BURLING LLP** |
|  | One CityCenter |
|  | 850 10th Street, NW |
|  | Washington, D.C.  20001 |
|  | (202) 662-5553 |
|  | vban@cov.com |
|  | *Counsel to OCP S.A.* |