# UNITED STATES COURT OF INTERNATIONAL TRADE
## Honorable Stephen Alexander Vaden

Hearing – Friday, March 29, 2024, at 2:30 p.m.

21-00219 (SAV) OCP S.A. v. United States

Jurisdiction: 1581(c)

Appearance Sheet

| **Party** | **Counsel** | **Firm** |
|---|---|---|
| OCP S.A. (Plaintiff) | Shara Aranoff<br>James M. Smith<br>Paula Ortiz Cardona | Covington & Burling LLP |
| EuroChem North America Corporation (Consolidated Plaintiff) | Jeremy Dutra | Squire Patton Boggs (US) LLP |
| PhosAgro PJSC (Plaintiff-Intervenor) | Michael Jacobson | Hogan Lovells US LLP |
| United States (Defendant) | Courtney McNamara<br>Andrea Casson<br>Dominic Bianchi | United States International Trade Commission |
| The Mosaic Company (Defendant-Intervenor) | Stephanie Hartmann<br>Jeffrey Kessler | Wilmer Hale LLP |
| J.R. Simplot Company (Defendant-Intervenor) | Neal Reynolds<br>Jamieson Greer | King & Spalding, LLP |