**Attachment: Information Identified in the Exhibit to the Court Order Regarding Confidentiality As Publicly Available Information**

| Item # | Page | Potentially Confidential Information Identified by the Court | Mosaic's Position on the Confidentiality of the Statement |
|---|---|---|---|
| 1 | 5 | "domestic producers reported [          ]" | Mosaic does not consider this information to be confidential business information, as it pertains to Mosaic. |
| 2 | 11 | "[          ] largest export market was [          ]" | See comments above. |
| 3 | 11 | "[          ] largest export market was Canada" | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment. |
| 4 | 11 | "[          ] also shipped products to [          ] (sic), [          ]" | See comments above. |
| 5 | 11 n.43 | "Mosaic accounted for [     ] percent of domestic production." | The record source of this statement in the ITC Remand Views is the ITC Posthearing Report at Table III-1 (APPX0098429, APPX0018666). This table reports production quantities for all three U.S. producers of phosphate fertilizers. As it pertains to Mosaic, this information is not publicly available and is not substantially equivalent to the publicly available information identified by the Court in Mosaic's 2019 Form 10-K. Mosaic's 2019 10-K states: "We account for approximately 74% of estimated North American annual production of concentrated phosphate crop nutrients." This |

1

Case 1:21-cv-00219-SAV   Document 196-1   Filed 05/22/24   Page 2 of 8

BUSINESS PROPRIETARY
INFORMATION DELETED

Consol. Court No. 21-00219                                      NON-CONFIDENTIAL VERSION

| | | | |
|---|---|---|---|
| | | | statement is based on Mosaic's own estimate of total production of phosphate fertilizers in both the United States and Canada.  Mosaic does not have knowledge of the actual production quantities of the other two U.S. producers of phosphate fertilizers (Simplot and Nutrien), and therefore is not aware of the actual percentage of domestic production that it accounted for in 2019.<br><br>The statement in the ITC Remand Views reflects the production quantities of Mosaic, Simplot, and Nutrien, as reported in their U.S. producer questionnaire responses in these investigations on a confidential basis.  Although Mosaic did not request confidential treatment for this statement – and indeed Mosaic is not in a position to request such treatment, because the information consists not only of Mosaic's information but also information of the other two U.S. producers – Mosaic notes that the Commission explained in its Supplemental Brief the reasons why it accords confidential treatment to individual company information and certain aggregate information sourced from the questionnaire responses, and why public disclosure of this information would impair its ability to obtain the information necessary to conduct investigations.  *See* ITC Suppl. Br. at 2, 14-15. |
| 6 | 12 | "Nutrien's U.S. production increased by [     ] percent from 2018 to 2019" | This statement does not pertain to Mosaic or information for which Mosaic requested |

2

| | | | confidential treatment. |
|---|---|---|---|
| 7 | 16 n. 72 | "increased production from [     ]" helped offset decrease in Mosaic's shipments from 2017 to 2018 | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment. |
| 8 | 17 | "between 2018 and 2019, Nutrien increased its U.S. production by [     ] short tons" | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment. |
| 9 | 17 | "Nutrien reported [     ] short tons in unused capacity in 2019" | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment. |
| 10 | 22–23 | Mosaic's distribution network includes "[                                                                                                                 ]" | See comments above. |

3

Case 1:21-cv-00219-SAV   Document 196-1   Filed 05/22/24   Page 4 of 8

BUSINESS PROPRIETARY
INFORMATION DELETED

Consol. Court No. 21-00219                                      NON-CONFIDENTIAL VERSION

| 11 | 23 n. 112 | "Simplot explains that it has supply chain operations and warehouses [ ]" | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment. |
|---|---|---|---|
| 12 | 24 | "Simplot reports that [ ]." | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment. |
| 13 | 26 | "[ ] … mine and beneficiate phosphate rock" | Mosaic does not consider this information to be confidential business information, as it pertains to Mosaic. |
| 14 | 26 | "[ ]" | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment. |

| | | | |
|---|---|---|---|
| 15 | 26 n. 129 | "[        ] reported purchasing sulfur" | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment. |
| 16 | 32 | "the supplementary questionnaire information obtained in these remand proceedings indicates that domestic producers maintain these inventories [                                    ]. We observe that the record both in the original investigations and as supplemented on remand show that domestic producers rely upon [                                                ]" | Mosaic does not consider this information to be confidential business information, as it pertains to Mosaic. |
| 17 | 49 n. 220 | "Other publications, including [                    ], discussed the [ conditions and pricing pressure exerted by                        ]. Simplot Posthearing Br. at Exhibits 6 ([              ] reporting [                                                  ]), 18 ([" | The record source for this information in the ITC Remand Views is subscription-based industry reports submitted by Simplot in its Posthearing Brief at Exhibits 6, 18, and 19 (APPX0096030-0096034, APPX0096092-0096098, APPX0016423-0016424, APPX0016447-0016450). This information does not pertain to Mosaic. However, Mosaic supports the Commission's explanation in its Supplemental Brief for according confidential treatment to information sourced from subscription-based services. *See* ITC Suppl. Br. at 17 n.12. |

|   |   |   |   |
|---|---|---|---|
|   |   | ]), 19 [         ] reporting [<br><br>]).” |   |
| 18 | 50 | "The domestic industry's sales prices for both pricing products began declining in the third quarter of 2018 and decreased to be below January 2017 levels by [         ] 2019, and remained there until [         ] 2020" | The record source for this information in the ITC Remand Views is the ITC's Posthearing Report at Tables V-4, V-5, and Figure V-4 (APPX0098473-0098476, APPX0018710-0018713). These tables report on the pricing product data collected by the Commission from the U.S. producer and U.S. importer questionnaire responses. As noted in the Posthearing Report, [         ] was the only U.S. producer to submit pricing product data. Therefore, the statement in the ITC Remand Views regarding the "domestic industry's sales prices for both pricing products" necessarily pertains [<br><br>].<br><br>Mosaic requested business proprietary treatment for the pricing product data that it reported in its U.S. producer questionnaire response, because this information is not publicly available and disclosure of this information would cause substantial harm to Mosaic's competitive position. This is because the phosphate fertilizer market is highly price sensitive and information about a producer's prices for specific products in particular months and years, even in prior years, would be valuable to |

Consol. Court No. 21-00219                                                                                          NON-CONFIDENTIAL VERSION

| | | | Mosaic's competitors. However, the quoted statement in the ITC Remand Views is more general and does not contain specific pricing information, and therefore Mosaic does not consider that it contains confidential business information of Mosaic. |
|---|---|---|---|
| 19 | 51 | "market prices for phosphate fertilizer DAP decreased in 2019 [                    ] for non-phosphate fertilizers potash and urea, such that DAP prices [     ]" | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment. |
| 20 | 51 n. 228 | "public prices for DAP and MAP [                    ]" | The record source for this information in the ITC Remand Views is the ITC's Posthearing Report, Figure V-6, which cites Mosaic's Postconference Brief at Exhibit 37 (APPX0097524-0097528, APPX0017401-0017402; APPX0098482, APPX0018719). This exhibit presents pricing information sourced from several subscription-based industry reports. Mosaic requested confidential treatment for this information because the sources are subscription-based, and the information is therefore proprietary to the subscription source. Mosaic supports the Commission's explanation for according confidential treatment to subscription-based services. *See* ITC Suppl. Br. at 17 n. 12. |

|    |              |                                                                                                                                                                 |                                                                                                                                                                                                                                                                                                                                                                                                                                     |
|----|--------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |              |                                                                                                                                                                 | While Mosaic continues to request confidential treatment for the information contained in Exhibit 37 to its Post-Conference Brief (APPX0097525-0097528), Mosaic believes the statement quoted in the ITC Remand Views is a general and qualitative statement regarding price trends that does not reveal proprietary information from any one subscription-based source. Accordingly, Mosaic does not request confidential treatment for this statement. |
| 21 | 67<br>n. 295 | "Nutrien [          ] its US production between 2018 and 2019 and this increase was more than sufficient to cover its increase in exports that year"            | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment.                                                                                                                                                                                                                                                                                                                         |
| 22 | 67<br>n. 295 | "between 2017 and 2018, Nutrien had increased its capacity by 400,000 short tons due to [<br><br>]"                                                              | This statement does not pertain to Mosaic or information for which Mosaic requested confidential treatment.                                                                                                                                                                                                                                                                                                                         |

8