*PUBLIC VERSION*

# Exhibit A

# *Slip Opinion 25-51 is Sealed*