# Exhibit B

June 12, 2025

Inv. Nos. 701-TA-650-651 (Second Remand)

**PUBLIC DOCUMENT**

**VIA ELECTRONIC FILING (EDIS)**

The Honorable Lisa R. Barton
Secretary to the Commission
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC 20436

Re: *Phosphate Fertilizers From Morocco and Russia*: **Request to Extend the Deadline for Remand Comments**

Dear Secretary Barton:

Petitioner The Mosaic Company ("Petitioner" or "Mosaic") and The J. R. Simplot Company ("Simplot") jointly request that the U.S. International Trade Commission take action pursuant to 19 C.F.R. § 201.12 and extend the June 20, 2025 deadline for comments in the second remand proceeding pending issuance of a redacted version of the U.S. Court of International Trade's ("CIT") opinion in *OCP S.A. v. United States*.

Good cause exists for such an extension. On April 22, 2025, the CIT issued a merits opinion under seal that remanded the Commission's first remand results for further proceedings.[1] The CIT has not yet issued a public version of that opinion. On June 11, 2025, in response to a Commission petition for a writ of mandamus regarding the treatment of confidential information in *OCP*, the Federal Circuit denied the Commission's request for an order directing the release of

---

[1] *OCP S.A. v. United States*, Consol. Ct. No. 21-00219, Slip Op. No. 25-51 (April 22, 2025).

June 12, 2025                                                                                                                                  PUBLIC DOCUMENT
Page 2

a redacted version of the merits opinion, but it did so without prejudice to the Commission renewing its request after first asking the CIT for such relief.[2]

As things stand, interested parties are in a difficult position in terms of preparing written comments to the Commission that refer to the CIT's merits opinion. As the Commission noted in its reply brief to the Federal Circuit, it is unclear how the Commission can proceed with the remand proceeding or how interested parties can refer to the contents of the merits opinion during the remand, given that it was issued under seal with no redacted version to date.[3] We therefore respectfully request that the Commission postpone the deadline for submitting comments in the second remand proceeding until such time as the CIT has issued a redacted version of the merits opinion, or in the alternative extend the deadline by one week.

We are serving this submission in accordance with the attached certificate of service. Please contact us if you have any questions.

                                                                                                     Sincerely,

| | |
|---|---|
| /s/ Patrick J. McLain | /s/ Stephanie E. Hartmann |
| Stephen P. Vaughn | David J. Ross |
| Patrick J. McLain | Lauren A. Mandell |
| KING & SPALDING LLP | Stephanie E. Hartmann |
| Tel: (202) 626-2956 | Alexandra Maurer |
| Email: pmclain@kslaw.com | Jacob A. Laband |
| *Counsel to The J. R. Simplot Company* | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 2100 Pennsylvania Avenue NW |
| | Washington, DC 20037 |
| | Tel: (202) 663-6564 |
| | Email: stephanie.hartmann@wilmerhale.com |
| | *Counsel to The Mosaic Company* |

---

[2] *In Re United States*, Ct. Nos. 24-1566, 25-127, Order at 5 (Fed. Cir. June 11, 2025).
[3] *See id.* at 3.

U.S. International Trade Commission
PUBLIC CERTIFICATE OF SERVICE
Phosphate Fertilizers from Morocco and Russia
Inv. Nos. 701-TA-650-651 (Remand 2)

I, Stephanie E. Hartmann of Wilmer Cutler Pickering Hale and Dorr LLP, hereby certify that a copy of this submission was served in accordance with the Public Service List. Service was made electronically on this 12th day of June 2025 on the following:

Patrick McLain
**King & Spalding LLP**
1700 Pennsylvania Ave., N.W.
Washington, DC 20006
pmclain@kslaw.com
tradeservice@kslaw.com

Shara L. Aranoff
**Covington and Burling LLP**
One Center City
850 Tenth Street, NW
Washington, DC 20001
saranoff@cov.com

Jonathan Zielinski
**Cassidy Levy Kent (USA) LLP**
900 19th Street NW
Suite 400
Washington, DC 20006
jzielinksi@cassidylevy.com
records@cassidylevy.com

Melissa M. Brewer
**Kelley Drye & Warren LLP**
3050 K Street, NW
Washington, DC 20007
mbrewer@kelleydrye.com
tradenotifications@kelleydrye.com

Peter Koenig
**Squire Patton Boggs**
2550 M Street, NW
Washington, DC 20037
Peter.koenig@squirepb.com

H. Deen Kaplan
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Deen.kaplan@hoganlovells.com

Kenneth G. Weigel
**Alston & Bird LLP**
950 F Steet, NW
Washington, DC 20004
Ken.weigel@alston.com

Elena G. Nosyreva
**Ministry of the Economic Development of the Russia Federation**
Presnenskaya Naberzhnaya 10/2
Moscow, Russia, 125039
nosyrevaEG@economy.gov.ru

Warren E. Connelly
**Trade Pacific PLLC**
700 Pennsylvania Ave, SE, Suite 500
Washington, DC 20003
wconnelley@tradepacificlaw.com

/s/ Stepanie E. Hartmann
Stephanie E. Hartmann