## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONRABLE STEPHEN A. VADEN, JUDGE

| | |
|---|---|
| OCP SA., *Plaintiff*, and EUROCHEM NORTH AMERICA, CORP., *Consolidated Plaintiff*, and PHOSAGRO PJSC, INTERNATIONAL RAW MATERIALS, LTD., and KOCH FERTILIZER, LLC, *Plaintiff-Intervenors*, v. UNITED STATES, *Defendant*, and THE MOSAIC COMPANY AND J.R. SIMPLOT COMPANY, *Defendant-Intervenors*. | Consol. Court No. 21-00219 |

## **ORDER**

Upon consideration of defendant's motion to publicly release the Court's opinion and order dated April 22, 2025, ECF No. 224 based upon the proposed designation of business proprietary information ("BPI") contained in Exhibit A to that motion and for an extension of

time for defendant, the United States International Trade Commission ("Commission") to file the second remand determination in this action, and similarly to extend all other deadlines in the Court's April 22, 2025 order, and upon all other papers and proceedings herein; it is hereby

ORDERED that the motion to issue a public version of the Court's April 22, 2025 opinion and order is granted; and it is further ordered that said public version will contain redactions reflecting the proposed designation of BPI as set forth in Exhibit A to the defendant's motion; and it is further

ORDERED that the defendant's request for an extension of time to file its second remand determination is granted; and it is further ordered that:

1. The Commission shall file its second remand determination by July 28, 2025.

2. Plaintiff shall have 30 days thereafter to file any comments on the remand determination.

3. Plaintiff-Intervenors and the Consolidated Plaintiff shall have 14 days after the filing of Plaintiff's comments to file their own comments.

4. The Commission shall file its comments within 30 days of the filing of Plaintiff-Intervenors' and the Consolidated Plaintiff's comments.

5. Defendant-Intervenors shall file their comments within 14 days of the filing of the Commission's comments.

6. Plaintiff shall have the option of filing a reply, due 30 days from the filing of Defendant-Intervenors' comments.

DATED:_____, 2025        _____
       New York, New York                                              JUDGE