ERRATA

*OCP S.A. v. United States*, Case No. 21-00219, Slip-Op. 25-84, dated July 3, 2025.

Page 25:    In footnote 2, remove the first "the" in the sentence "This is before taking into the account that the information at issue is between five and eight years old."

July 7, 2025