## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OCP S.A.,<br><br>    Plaintiff,<br><br>EUROCHEM NORTH AMERICA CORPORATION,<br><br>    Consolidated Plaintiff,<br><br>and<br><br>PHOSAGRO PJSC, INTERNATIONAL RAW MATERIALS LTD., and KOCH FERTILIZER, LLC,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>THE MOSAIC COMPANY and J.R. SIMPLOT COMPANY,<br><br>    Defendant-Intervenors. | Consol. Court No. 21-00219 |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable M. Miller Baker.

Dated at New York, New York, this 7th day of July, 2025.

                                              /s/ Mark A. Barnett
                                                Mark A. Barnett
                                                Chief Judge