UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OCP S.A.,<br>    *Plaintiff*,<br>EUROCHEM NORTH AMERICA CORPORATION,<br>    *Consolidated Plaintiff*,<br>and<br>PHOSAGRO PJSC, INTERNATIONAL RAW MATERIALS LTD., and KOCH FERTILIZER, LLC,<br>    *Plaintiff-Intervenors*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>THE MOSAIC COMPANY and J.R. SIMPLOT COMPANY,<br>    *Defendant-Intervenors*. | Consol. Ct. No. 21-00219-MMB |

**ORDER**

    1.    All later filings on this docket shall comply with these chambers' document formatting requirements.[1]

    2.    Counsel shall follow these chambers' instructions applicable to 28 U.S.C. § 1581(c) cases,[2] with one exception: The appendix page numbering

---

[1] https://www.cit.uscourts.gov/sites/cit/files/Document%20Formatting%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

[2] https://www.cit.uscourts.gov/sites/cit/files/Instructions%20to%20Counsel%20in%201581%28c%29%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

shall continue the existing pagination sequences from the previous confidential (ECF 202) and public (ECF 211) remand appendices.

3. The International Trade Commission shall file the remand results on or before July 28, 2025. *See* ECF 232.

4. The court vacates the briefing schedule imposed by ECF 232.

5. The Commission shall file the administrative record no later than 14 days after it files the remand results.

6. No later than 14 days after the Commission files the administrative record, the parties are to file a proposed scheduling order advising the court of which appendix preparation option the parties have selected and proposing due dates for the parties' comments and the remand appendix. The proposed due dates should reflect the appendix preparation option the parties choose.

7. The parties' proposed scheduling order must also adhere to the following requirements:

    a. Plaintiff-Intervenors will file a joint set of comments limited to 10,000 words, as will Defendant-Intervenors.

    b. No reply comments are permitted.

8. The parties' comments must include a summary of the argument described in USCIT R. 81(j)(7).

| | | |
|---|---|---|
| Dated: | July 9, 2025<br>New York, New York | /s/ *M. Miller Baker*<br>M. Miller Baker, Judge |