## Dissenting Views of Commissioner David S. Johanson

These investigations return to the Commission on second remand.  *See OCP S.A. v. United States*, Consol. Court No. 21-00219, Slip Op. 25-51 (April 22, 2025).  I dissented in the original investigations and again in the first remand.  *See Phosphate Fertilizers from Morocco and Russia*, Inv. Nos. 701-TA-650-651 (Final), USITC Pub. 5172 (March 2021) at 45-69 and accompanying confidential opinion (Dissenting Views of Commissioner David S. Johanson); *Phosphate Fertilizers from Morocco and Russia*, Inv. Nos. 701-TA-650-651 (Remand), USITC Pub. 5490 (Jan. 2024) at 67-71 and accompanying confidential opinion (Dissenting Views of Chairman David S. Johanson).  I dissent again, continuing to determine that the domestic industry is neither materially injured nor threatened with material injury by reason of subject imports from Morocco and Russia.  I adopt and incorporate my previous views from the original and first remand proceedings, which require no further supplementation because, unlike in the first remand, the record was not reopened in this second remand.  90 Fed. Reg. 24411, 24412 (June 10, 2025).