# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| OCP S.A.,<br>　　　　　　　Plaintiff,<br><br>EUROCHEM NORTH AMERICA<br>CORPORATION,<br>　　　　　　　Consolidated Plaintiff,<br><br>　　and<br><br>PHOSAGRO PJSC, INTERNATIONAL<br>RAW MATERIALS LTD., and KOCH<br>FERTILIZER, LLC,<br>　　　　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>UNITED STATES,<br>　　　　　　　Defendant,<br><br>　　and<br><br>THE MOSAIC COMPANY and J. R.<br>SIMPLOT COMPANY,<br>　　　　　　　Defendant- Intervenors. | Consol. Ct. No. 21-00219 |

## JOINT CONSENT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rules 6(b)(1)(A) and 7(b) of the Rules of this Court,
plaintiff, defendant, and defendant-intervenors ("Movants") respectfully
request that the Court amend the September 5, 2025 scheduling order
(ECF No. 249) to reflect the extensions outlined below, with all other

deadlines being similarly extended.  This is Movants' first request to amend the scheduling order.

Extending the deadlines as outlined below would result in the following amended scheduling order:

| Party | Action | Word limit | Deadline |
|---|---|---|---|
| OCP | Serve soft appendix on all parties | n/a | Sept. 18, 2025 |
| OCP | File comments opposing remand redetermination | 10,000 | Oct. 24, 2025 |
| Eurochem and Pltf-Intervenors | File joint comments opposing remand redetermination | 10,000 | Nov. 7, 2025 |
| Eurochem and Pltf-Intervenors | Provide OCP with list of cited and contextual Appx pages | n/a | Nov. 21, 2025 |
| Govt | File comments supporting remand redetermination | 10,000 | Dec. 22, 2025 |
| Govt | Provide OCP with list of cited and contextual Appx pages | n/a | Jan. 5, 2026 |
| Defendant-Intervenors | File joint comments in support of remand redetermination | 10,000 | Jan. 12, 2026 |
| Defendant-Intervenors | Provide OCP with list of cited and contextual Appx pages | n/a | Jan. 20, 2026 |
| OCP | File remand appendix | n/a | Jan. 27, 2026 |

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A); *see also* USCIT Rule 16(b)(4) ("A schedule may be modified only for good cause and with the Judge's consent").  Good cause exists for this motion.

First, counsel for plaintiff have been working diligently to prepare remand comments, but additional time is needed due to the absence of a key attorney responsible for the majority of the issues in the remand comments, in part because of unforeseen deadlines in fast-moving arbitration matters.  The attorney's absence has required the addition of new team members, who have needed time to familiarize themselves with the case.  Accordingly, plaintiff respectfully requests a short 14-day extension, to October 24, 2025, to finalize and file plaintiff's remand comments.

Second, counsel for defendant also requires an extension of time due to the oral argument recently scheduled for November 4, 2025 by the Federal Circuit in *In Re United States*, Fed. Cir. Ct. Nos.  2024-1566 and 2025-127.  As the lead attorney assigned to those cases, counsel needs additional time to balance oral argument preparation against

preparation of responsive remand comments.  Accordingly, defendant

respectfully requests a 28-day extension, to December 22, 2025, to

finalize and file its comments in support of the remand

redetermination.

Finally, if defendant's extension is granted, defendant-intervenor

comments would be due on January 5, 2026.  Due to preplanned holiday

travel and office closures over the holiday period, counsel for defendant-

intervenors request an additional week, to January 12, 2026, to file

comments in support of the remand redetermination.

In accordance with Rule 7(f) of this Court, undersigned counsel

contacted counsel of record for Consolidated Plaintiff and Plaintiff-

Intervenors regarding this motion.  On October 1, 2025, Jeremy Dutra

for Consolidated Plaintiff EuroChem North America Corporation,

Kenneth Weigel for Plaintiff-Intervenor Koch Fertilizer, LLC, Michael

Jacobson for Plaintiff-Intervenor PhosAgro PJSC, and Melissa Brewer

for Plaintiff-Intervenor International Raw Materials Ltd. consented to

this motion.

For the reasons discussed above, we respectfully request that this

Court grant Movants' consent motion to amend the scheduling order

and enter the attached amended scheduling order that adjusts

deadlines in accordance with this motion.


Respectfully Submitted,

*/s/ James M. Smith*
James M. Smith
Shara L. Aranoff
Sooan (Vivian) Choi
Shelby Anderson
Wanyu Zhang
John J. Catalfamo
Julia H. Shults
**COVINGTON & BURLING LLP**
850 10th Street, NW
Washington, D.C. 20001
*Counsel to Plaintiff OCP S.A.*

*/s/ Courtney S. McNamara*
Courtney Sheehan McNamara
**U.S. INTERNATIONAL TRADE COMMISSION**
Office of the General Counsel
500 E Street, SW.
Washington, DC 20436
*Counsel to Defendant United States International Trade Commission*

*/s/ Stephanie E. Hartmann*
Stephanie E. Hartmann
David J. Ross
Alexandra Maurer
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue, NW.
Washington, DC 20037
*Counsel to Defendant-Intervenor The Mosaic Company*

*/s/ Patrick J. McLain*
Stephen P. Vaughn
Neal J. Reynolds
Patrick J. McLain
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel to Defendant-Intervenor The J. R. Simplot Company*


Dated:  October 1, 2025

5