## UNITED STATES COURT OF INTERNATIONAL TRADE

| OCP S.A., | |
|---|---|
| *Plaintiff*, | |
| EUROCHEM NORTH AMERICA CORPORATION, | |
| *Consolidated Plaintiff*, | |
| and | |
| PHOSAGRO PJSC; INTERNATIONAL RAW MATERIALS LTD.; and KOCH FERTILIZER, LLC, | Consol. Ct. No. 21-00219-MMB |
| *Plaintiff-Intervenors*, | |
| v. | |
| UNITED STATES, | |
| *Defendant*, | |
| and | |
| THE MOSAIC COMPANY and J.R. SIMPLOT COMPANY, | |
| *Defendant-Intervenors*. | |

## AMENDED SCHEDULING ORDER

1. Post-remand briefing shall proceed as follows:

| Party | Action | Word limit | Deadline |
|---|---|---|---|
| OCP | File comments opposing remand redetermination | 10,000 | Oct. 24, 2025 |
| Eurochem and Pltf-Intervenors | File joint comments opposing remand redetermination | 10,000 | Nov. 7, 2025 |
| Eurochem and Pltf-Intervenors | Provide OCP with list of cited and contextual Appx pages | n/a | Nov. 21, 2025 |
| Govt | File comments supporting remand redetermination | 10,000 | Dec. 22, 2025 |

| Party | Action | Word limit | Deadline |
|---|---|---|---|
| Govt | Provide OCP with list of cited and contextual Appx pages | n/a | Jan. 5, 2026 |
| Defendant-Intervenors | File joint comments in support of remand redetermination | 10,000 | Jan. 12, 2026 |
| Defendant-Intervenors | Provide OCP with list of cited and contextual Appx pages | n/a | Jan. 20, 2026 |
| OCP | File remand appendix | n/a | Jan. 27, 2026 |

2. Please note that the undersigned (a) recently adopted the Federal Circuit's word-count limits applicable to confidential record material and (b) requires that all briefs contain a certification of counsel regarding the use or nonuse of artificial intelligence.[1]

3. The parties' comments must include a summary of the argument.

4. The parties shall submit courtesy copies of their briefs consistent with these chambers' webpage instructions.[2]

5. The matter will be decided on the papers unless the court determines that argument is necessary.

Dated:   October 2, 2025             /s/ *M. Miller Baker*
         New York, New York          M. Miller Baker, Judge

---

[1] *See* https://www.cit.uscourts.gov/sites/cit/files/Document%20Formatting%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf, ¶¶ 5–6.

[2] https://www.cit.uscourts.gov/sites/cit/files/Judge_Baker_Dispositive_Motion_Courtesy_Copy_Instructions.pdf.