# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| OCP S.A.,                 Plaintiff, <br><br> EUROCHEM NORTH AMERICA CORPORATION,          Consolidated Plaintiff, <br><br> and <br><br> PHOSAGRO PJSC, INTERNATIONAL RAW MATERIALS LTD., and KOCH FERTILIZER, LLC,         Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES,           Defendant, <br><br> and <br><br> THE MOSAIC COMPANY and J. R. SIMPLOT COMPANY, LLC,         Defendant- Intervenors. | Consol. Ct. No. 21-00219 |

## JOINT STATUS REPORT

In accordance with the Court's order of June 30, 2026, counsel for the parties have consulted and respectfully submit the following joint status report.

The Court directed the parties to Presidential Proclamation 11038 of June 29, 2026, *Declaration of Emergency and Authorization for Temporary Duty-Free Importation of Phosphate Fertilizer From Morocco*, 91 Fed. Reg. 40855 (the "Proclamation"), and ordered the parties to address whether implementation of the Proclamation could potentially moot or otherwise affect any aspect of the present case. *See* ECF No. 282.

The parties believe that the Proclamation does not moot or otherwise affect any aspect of this appeal.

Respectfully Submitted,

*/s/ Shara L. Aranoff*
Shara L. Aranoff
James M. Smith
Sooan (Vivian) Choi
Shelby Anderson
Wanyu Zhang
John J. Catalfamo
Julia H. Shults
**COVINGTON & BURLING LLP**
850 10th Street, NW
Washington, D.C. 20001
*Counsel to Plaintiff OCP S.A.*

*/s/ H. Deen Kaplan*
H. Deen Kaplan
Jared R. Wessel
Jonathan T. Stoel
Michael G. Jacobson
Maria A. Arboleda
**HOGAN LOVELLS CADWALADER US LLP**
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
*Counsel to Plaintiff-Intervenor PhosAgro PJSC*

2

*/s/ Melissa M. Brewer*
Melissa Marie Brewer
Paul Charles Rosenthal
**KELLEY DRYE & WARREN, LLP**
3050 K Street, NW
Suite 400
Washington, DC 20007
*Counsel to Plaintiff-Intervenor*
*International Raw Materials Ltd.*

*/s/ Jeremy W. Dutra*
Jeremy William Dutra
Peter J. Koenig
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW.
Washington, NY 20037
*Counsel to Consolidated Plaintiff*
*EuroChem North America*
*Corporation*

*/s/ Stephanie E. Hartmann*
Stephanie E. Hartmann
David J. Ross
Alexandra Maurer
**WILMER CUTLER PICKERING HALE**
 **AND DORR LLP**
1875 Pennsylvania Avenue, NW.
Washington, DC 20006
*Counsel to Defendant-Intervenor*
*The Mosaic Company*

*/s/ Kenneth G. Weigel*
Kenneth George Weigel
Chunlian Yang
**ALSTON & BIRD, LLP**
The Atlantic Building
950 F Street, NW.
Washington, DC 20004
*Counsel to Plaintiff-Intervenor*
*Koch Fertilizer, LLC*

*/s/ Courtney S. McNamara*
Courtney Sheehan McNamara
Karl Stuart von Schriltz
**U.S. INTERNATIONAL TRADE**
**COMMISSION**
Office of the General Counsel
500 E Street, SW.
Washington, DC 20436
*Counsel to Defendant United*
*States International Trade*
*Commission*

*/s/ Patrick J. McLain*
Patrick J. McLain
Stephen P. Vaughn
Neal J. Reynolds
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel to Defendant-Intervenor*
*J. R. Simplot Company, LLC*

Dated:  July 10, 2026