## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OCP S.A., *Plaintiff*, EUROCHEM NORTH AMERICA CORPORATION, *Consolidated Plaintiff*, and PHOSAGRO PJSC; INTERNATIONAL RAW MATERIALS LTD.; and KOCH FERTILIZER, LLC, *Plaintiff-Intervenors*, v. UNITED STATES, *Defendant*, and THE MOSAIC COMPANY and J.R. SIMPLOT COMPANY, LLC, *Defendant-Intervenors*. | Consol. Ct. No. 21-00219-MMB |

## ORDER

The court has issued Slip Opinion 26-75 (ECF 285) under seal. Material from the administrative record that was designated by parties' briefing as confidential is double-bracketed. The court provisionally finds that none of the so-designated information qualifies as confidential.

The parties shall review the sealed slip opinion and within 21 days file any objections (under seal as necessary) to public disclosure of the double-bracketed information. Any party so objecting must show why the material in

question is properly designated as confidential under *In re United States*, 166 F.4th 1001 (Fed. Cir. 2026).

Absent any timely filed meritorious objections, the court will unseal the opinion without any redactions of the bracketed material.

Dated:    July 15, 2026                          /s/ *M. Miller Baker*
          New York, New York                     M. Miller Baker, Judge