## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OCP S.A.,<br><br>    *Plaintiff*,<br><br>EUROCHEM NORTH AMERICA CORPORATION,<br><br>    *Consolidated Plaintiff*,<br><br>and<br><br>PHOSAGRO PJSC; INTERNATIONAL RAW MATERIALS LTD.; and KOCH FERTILIZER, LLC,<br><br>    *Plaintiff-Intervenors*,<br><br>v.<br><br>UNITED STATES,<br><br>    *Defendant*,<br><br>and<br><br>THE MOSAIC COMPANY and J.R. SIMPLOT COMPANY, LLC,<br><br>    *Defendant-Intervenors*. | Consol. Ct. No. 21-00219-MMB |

### JUDGMENT

For the reasons stated in Slip Opinion 26-75 (ECF 285), the court sustains the International Trade Commission's redetermination (ECF 240/241).

Dated:    July 15, 2026        /s/ *M. Miller Baker*
            New York, New York    M. Miller Baker, Judge