**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE**

| | | |
|---|---|---|
| OCP S.A.,<br>Plaintiff,<br><br>EUROCHEM NORTH AMERICA CORPORATION,<br>Consolidated Plaintiff,<br><br>and<br><br>PHOSAGRO PJSC, INTERNATIONAL RAW MATERIALS LTD., and KOCH FERTILIZER, LLC,<br>Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br>Defendant,<br><br>and<br><br>THE MOSAIC COMPANY and J. R. SIMPLOT COMPANY, LLC,<br>Defendant- Intervenors. | ) | Consol. Ct. No. 21-00219 |

**NOTICE OF APPEAL**

Notice is hereby given that OCP S.A., Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the decision of the United States Court of International Trade entered in this action on July 15, 2026. *OCP S.A. v.*

*United States*, Consol. Ct. No. 21-00219, Slip Op. 26-75 (Ct. Int'l Trade July 15, 2026), ECF No. 285; *OCP S.A. v. United States*, Ct. No. 21-00219, Judgment (Ct. Int'l Trade July 15, 2026), ECF No. 287.

Respectfully Submitted,

*/s/ Shara L. Aranoff*

Shara L. Aranoff
James M. Smith
Sooan (Vivian) Choi
Shelby Anderson
Wanyu Zhang
John J. Catalfamo
Julia H. Shults
**COVINGTON & BURLING LLP**
850 10th Street, NW
Washington, D.C. 20001

Dated: September 14, 2026

*Counsel to Plaintiff OCP S.A.*